# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1244

_____

CAROLYN KOWALSKI, n/k/a
CAROLYN MCCORMICK,

     Appellant,

     v.

JANIS E. BROWN, former wife,
and TERENCE M. BROWN, former
husband,

     Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Susanne W. Bullard, Judge.

June 12, 2026

PER CURIAM.

     AFFIRMED.

OSTERHAUS, C.J., and ROWE and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Carolyn McCormick, pro se, Appellant.

Charles Daniel Sikes of Charles Daniel Sikes, PA, Starke, for Appellee Janis E. Brown.

Terrance Jones, Green Cove Springs, for Appellee Terence M. Brown.